COMMONWEALTH of Pennsylvania,
Respondent

v.

Jacob Matthew CHRISTINE,
Petitioner.

Supreme Court of Pennsylvania.

Feb. 25, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of February, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues are:

(1) Is a conviction for assault, which occurs subsequent to the incident at issue in a criminal trial, admissible to prove the allegedly violent propensities of the victim, where self-defense is asserted and where there is an issue raised as to who was the aggressor?

(2) Did the [t]rial [c]ourt commit error of law or abuse its discretion when it permitted the Commonwealth to admit a "shank" as physical evidence, as well as testimony regarding said

shank, in the course of the jury trial in the instant matter?